FILED

11/16/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0633

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0633

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

NICHOLAS RYAN MCGUIRE,

      Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including December 19, 2023, within which to prepare, file, and serve the State's response brief.

**TKP**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 16 2023